IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE | ) | Case No.: 08-03769 |
| | ) | |
| JOSEPH M. TEDESCO | ) | FILE UNDER REPORT OF TRUSTEE |
| MARLA R. TEDESCO | ) | 3011 |
| | ) | |
| Debtors | ) | |

REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
FOR UNCLAIMED FUNDS

COMES NOW the Trustee, Wesley B. Huisinga, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

1.    No funds or assets of the estate will remain after payment of unclaimed dividends to the Court Registry as follows:

| Claim No. | Creditor Name & Address | Claim Amount | Amount of Dividend |
|---|---|---|---|
| 3B | Community South Small Business Lending<br>625 S. Gay St., Suite 450<br>Knoxville, TN  37902 | $695,777.46 | $5,009.32 |
| 5 | Electone<br>15495 Collections Center Dr.<br>Chicago, IL  60693 | $845.79 | $13.80 |
| | Total turnover to Court Registry Fund | | $5,023.12 |

WHEREFORE, the trustee, Wesley B. Huisinga, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

Wesley B. Huisinga  ID No. IS9999360
SHUTTLEWORTH & INGERSOLL, PLC
115 Third Street SE
P O B ox 2107
Cedar Rapids, IA  52406-2107
(319) 365-9461 Phone
(319) 365-8564 Fax
wbh@shuttleworthlaw.com