## UNITED STATES BANKRUPTCY COURT
Southern District of Iowa — RECEIPT

| Case # 08-03769 DJ | Chapter 7 | # 000012662 - CC | | |
|---|---|---|---|---|
| Filed: 09/29/08 | Davenport | 03:12 PM, October 28, 2016 | | |
| | | Code | Qty | Amount |
| Judge: Judge Jackwig | | UC | 1 | $5023.12 |
| Trustee: Wesley B. Huisinga | | | | |
| Debtor(s): | | | | |
| Joseph M Tedesco | | | | |
| Marla R Tedesco | | | | |

**TOTAL PAID: $5023.12**

From: Wesley B Huisinga
115 3rd St SE, Ste 500
PO Box 2107
Cedar Rapids, IA 52406-2107            3